FILED

United States District Court
Northern District of Indiana
Hammond Division

2011 DEC 13 AM 11: 33

| AMINA M. CHANDLER          , )
|            Plaintiff(s)      )
|                              )   Case No: 12  11CV 469
| vs.                          )
|                              )
| REGENCY ~~BUEATY~~ Beauty INSTITUTE , )
|            Defendant(s)      )
|                              )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant Regency Beauty Institute for discrimination as set forth below.

Plaintiff  X  DOES  ___ DOES NOT (*indicate which*) demand a jury trial.

### I. PARTIES

Plaintiff's Name:    Amina M. Chandler

Plaintiff's Address: 1495 Lake Street

                     Hobart, IN 46342


Plaintiff's Telephone: (219) 902-0390

Defendant's Name:    Regency Beauty Institute   c/o Ellen C. Meyer, Dir.

Defendant's Address: 7100 Northland Circle, Suite 312

                     Brooklyn Park, MN  55428

## II. BASIS OF CLAIM AND JURISDICTION

1. This complaint is brought pursuant to: (Check one)

   __x__ Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e-5), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

   ____ The Age Discrimination in Employment Act (29 U.S.C. §621), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

   __x__ The Americans with Disabilities Act (42 U.S.C. §12101), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

   ____ The Rehabilitation Act (29 U.S.C. §701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

   ____ Equal rights under law (42 U.S.C. §1981), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

   ____ Other (list): _____

2. Plaintiff __x__ DID ____ DID NOT (indicate which) file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. **[If the plaintiff did file a charge of discrimination, Plaintiff should attach a copy of the charge to the complaint]**.

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was RECEIVED on or about __9/24/11__ (insert date the plaintiff received the notice – in most instances this will not be the same date stamped on the notice). [Plaintiff should attach a copy of the Notice of Right to Sue to this Complaint].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because (if more space is needed, attach additional pages):

I believe I have been denied a reasonable accommodation and as a result was an eruption in my disability, and Respondent discharging me alleging they were unable to accommodate me because they didn't have a reasonable accommodation for the students.

## IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following (if you need additional space, please attach additional pages):

I am an American with a disability who was hired by the respondent in July 2010. My most recent position was an Educator. March 3, 2011, I was placed under doctor's care and Respondent was made aware by letter from my physician with regards to an eruption with my disability. After being informed o my disability and requesting a reasonable accommodation, Respondent's HR Department terminated my employment as of March 15, 2011. The reason given was because they didn't have reasonable accommodation for the students.

## IV. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

I want Respondent to be made whole in that, I want to be paid for all time off from work due to Respondent not providing me a reasonable accommodation in according to the ADA Law. I believe if I had been white, I would have been given the reasonable accommodation and still be employed today. I also want punitive damages to compensate me for future pencuniary losses.

## VI. AFFIRMATION OF PLAINTIFF

I, **Aminia M. Chandler**, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become and official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

(Signature of Plaintiff)

12-13-11
(Date)

EEOC Form 161 (11/09)   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Amina M. Chandler<br>1495 Lake Street<br>Hobart, IN 46342 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24E-2011-00174 | Alvin E. Hines,<br>Enforcement Supervisor | (317) 226-5082 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Webster N. Smith,
District Director

SEP 20 2011
*(Date Mailed)*

Enclosures(s)

cc:   REGENCY BEAUTY INSTITUTE

c/o Ellen C. Meyer
Director, Legal Affairs
7100 Northland Circle
Suite 312
Brooklyn Park, MN 55428