UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| AMINA M. CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:11-CV-00469-JTM-APR |
| v. ) | |
| ) | |
| REGENCY BEAUTY INSTITUTE, ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

The parties, by counsel, jointly report that they have reached a settlement of this matter via mediation and are currently preparing the settlement documentation.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ *Bryan K. Bullock* (w/consent)     By: s/ *Brett E. Buhl*

    Bryan K. Bullock, Esq. #22815-45     Bonnie L. Martin, Esq., #20248-18
    7863 Broadway, Suite 222     Brett E. Buhl, Esq., #26283-49
    Merrillville, Indiana  46410     111 Monument Circle, Suite 4600
    Telephone:  (219) 472-1546     Indianapolis, Indiana  46204
    Facsimile:  (219) 472-1545     Telephone:  (317) 916-1300
    *attybullock@yahoo.com*     Facsimile:  (317) 916-9076
         *bonnie.martin@ogletreedeakins.com*
    Attorneys for Plaintiff     *brett.buhl@ogletreedeakins.com*

         Attorneys for Defendant

17022311.1