UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| AMINA M. CHANDLER,<br>        Plaintiff,<br><br>    v.<br><br>REGENCY CORPORATION d/b/a<br>REGENCY BEAUTY INSTITUTE,<br>        Defendant. | )<br>)<br>)<br>)   No. 2:11 CV 469<br>)<br>)<br>)<br>)<br>) |

## O R D E R

The parties have advised the court that they have reached a settlement of this matter via mediation. (DE # 27.) Accordingly, to allow the parties time to finalize their settlement, but to ensure that this case does not remain pending on the court's docket indefinitely, the undersigned District Judge **DIRECTS** the Clerk of Court to **ENTER JUDGMENT OF DISMISSAL** with prejudice thirty (30) days after this order is docketed, if the case is not otherwise terminated before then by the parties pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) or otherwise. Each party shall bear her/its own costs, unless the terms of the settlement agreement dictate otherwise.

If the parties fail to finalize their settlement within the thirty-day period, they may—before that period expires—move to postpone entry of judgment to a later date. Due to the settlement of this action, the court now **DENIES AS MOOT** any and all pending motions, and **CANCELS** any and all settings herein.

                                    SO ORDERED.

Date: February 12, 2014

                                    s/James T. Moody                    
                                    JUDGE JAMES T. MOODY
                                    UNITED STATES DISTRICT COURT