UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| AMINA M. CHANDLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGENCY BEAUTY INSTITUTE, )<br>)<br>Defendant. ) | CASE NO. 2:11-CV-00469-JTM-APR |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of this lawsuit, with the parties to bear their own costs and attorneys' fees.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  s/ *Bryan K. Bullock* (w/consent)

   Bryan K. Bullock, Esq. #22815-45
   7863 Broadway, Suite 222
   Merrillville, Indiana  46410
   Telephone:  (219) 472-1546
   Facsimile:  (219) 472-1545
   *attybullock@yahoo.com*

   Attorneys for Plaintiff

By:  s/ *Brett E. Buhl*

   Bonnie L. Martin, Esq., #20248-18
   Brett E. Buhl, Esq., #26283-49
   111 Monument Circle, Suite 4600
   Indianapolis, Indiana  46204
   Telephone:  (317) 916-1300
   Facsimile:  (317) 916-9076
   *bonnie.martin@ogletreedeakins.com*
   *brett.buhl@ogletreedeakins.com*

   Attorneys for Defendant

17256505.1